**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the matter of the Estate of Alice Shaw Baker.

Betty Fisher and Lisa Fisher, Appellants,

v.

Bessie Huckabee, Kay Passailague Slade, Sandra Byrd, and Henry McMaster, in his Capacity as Attorney General of South Carolina, Defendants,

Of Whom Bessie Huckabee, Kay Passailague Slade, and Sandra Byrd are the Respondents.

Appellate Case No. 2014-001267

---

Appeal From Charleston County
J. C. Nicholson, Jr., Circuit Court Judge

---

Unpublished Opinion No. 2015-UP-359
Submitted May 1, 2015 – Filed July 15, 2015

---

**DISMISSED**

---

John Hughes Cooper, of John Hughes Cooper, PC, of Mount Pleasant, for Appellants.

Peter A. Kouten, of Kouten Law Firm, LLC, of Johns Island; and Warren W. Wills, III, of Law Office of W. Westbrook Wills III, of Folly Beach, for Respondents.

**PER CURIAM:**  Betty and Lisa Fisher appeal circuit court orders denying their motion to disqualify attorney Peter Kouten and a consent order substituting counsel.  Because the orders are not immediately appealable, we dismiss this appeal.  *See EnerSys Delaware, Inc. v. Hopkins*, 401 S.C. 615, 619, 738 S.E.2d 478, 480 (2013) (holding an order denying a motion to disqualify an attorney is not immediately appealable).

**DISMISSED.**[1]

**SHORT, LOCKEMY, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.